**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTINE L. D., | ) | NO. CV 22-0013-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Plaintiff's and Defendant's motions for summary judgment are denied and this matter is remanded for further administrative action.

DATED: July 20, 2022.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE