1 | William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
2 | **PISEGNA & ZIMMERMAN  LLC**
5170 North Sepulveda Boulevard
3 | Suite 230
Sherman Oaks, California 91403
4 | Telephone (818) 377-2200

5 | Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

CHRISTINE L. DORNAN,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Commissioner of Social Security

    Defendant.

CASE NO.: 2:22-cv-00013

[~~PROPOSED~~]
ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED FORTY)$1,740.00) and FOURHUNDRED in costs ($400.00) , subject to the terms of the stipulation.

DATED: August  16,  2022

/s/ Charles F. Eick
_____
HON. CHARLES F. FLICK
U.S.  MAGISTRATE JUDGE